1  PAMELA M. SCHUUR (SBN 130073)
   *pamela@rivkinfirm.com*
2  ELENA RIVKIN (SBN 247387)
   *elena@rivkinfirm.com*
3  RIVKIN FIRM
   951 Mariners Island Blvd. Suite 260
4  San Mateo, California 94404
   Telephone: (855) 239-4554
5  Facsimile: (408) 940-5922

6

7  Attorney for Plaintiff VLADIMIR RIVKIN

8

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

               **SACRAMENTO DIVISION**

11

12 VLADIMIR RIVKIN,                     Case No.  2:14-CV-02662-TLN-EFB

13              Plaintiff,

                                        STIPULATION TO RESCHEDULE
14       v.                             HEARING OF DEFENDANT JPMORGAN
                                        CHASE BANK, N.A.'S MOTION TO
15 J.P. MORGAN CHASE, N.A., a New York  DISMISS PLAINTIFF'S SECOND
   association; FAY SERVICING, LLC, a   AMENDED COMPLAINT AND RELATED
16 Delaware limited liability company;  DEADLINES, AND ORDER
   ALBERTELLI LAW PARTNERS
17 CALIFORNIA, PA, a California corporation,
   and DOES 1 through 10,
18

19              Defendants.

20

21       Plaintiff Vladimir Rivkin ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("JPMC"

22 and with Plaintiff, the "Parties"), hereby enter into this Stipulation to Reschedule the Hearing of

23 Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint and to adjust the related

24 pleading deadlines, with reference to the following facts:

25                              **RECITALS**

26       A.      On or about October 16 2014, Plaintiff commenced an action in the Superior Court

27 for the County of Nevada entitled *Rivkin v. JPMorgan Chase Bank, N.A., et al.*, Case Number

28 TCU14-5931 (the "State Court Action").

RIVKIN FIRM
951 Mariners Island Blvd. Suite 260
San Mateo, California 94404
Telephone (855) 239-4554 | Facsimile (408) 940-5922

B.     On or around October 23, 2014, Plaintiff served the Summons and First Amended Complaint on JPMC.

C.     On November 14, 2014, JPMC timely removed the State Court Action to this Court.

D.     On November 25, 2014, the Parties entered into a stipulation to extend the time for JPMC to respond to the First Amended Complaint to allow the Plaintiff and co-defendant Fay Servicing LLC to engage in discussions regarding the then pending Trustee's Sale and in view of the possibility of Plaintiff filing a second amended complaint.

E.     On January 8, 2015, Plaintiff filed a request for leave to file a second amended complaint.  (Docket No. 21.)

F.     On January 21, 2015, the Parties entered into a further stipulation to extend the time for JPMC to respond to the First Amended Complaint in view of Plaintiff's pending request for leave to file a second amended complaint.  (Docket No. 25.) The Court entered an order approving the Parties' stipulation on January 22, 2015. (Docket No. 26.)

G.     The Parties then entered into four further stipulations to extend the time for JPMC to respond to the First Amended Complaint in view of Plaintiff's pending request for leave to file a second amended complaint and their ongoing settlement discussions. (Docket Nos. 27, 31, 36 & 38.) The Court entered orders approving the Parties' stipulations. (Docket Nos. 28, 32, 37, & 39.)

H.     On September 3, 2015, JPMC filed a motion to dismiss the First Amended Complaint (the "Motion"). (Docket. No. 40).

I.     The Court took the Motion under submission on October 6, 2015. (Docket No. 45).

J.     In late August of 2016, the primary attorney handling this matter for JPMC, Joseph Quattrocchi, passed away.

K.     On October 18, 2016, the Court granted the Motion but permitted Plaintiff to file an amended complaint.

L.     On October 31, 2016, Plaintiff filed a Second Amended Complaint.

M.     To provide new counsel for JPMC sufficient time to review the matter and prepare a response to the Second Amended Complaint, the Parties agreed to extend JPMC's deadline for

responding to the Second Amended Complaint up to and including December 9, 2016.

N. JPMC responded to the Second Amended Complaint on December 7, 2016, by filing a Motion to Dismiss, and set a hearing date of January 12, 2017. This hearing date required Plaintiff to file opposition on December 29, 2016.

O. To allow Plaintiff adequate time to prepare a response to JPMC's Motion to Dismiss, the Parties have agreed to continue the hearing to February 9, 2017, and to extend Plaintiff's deadline for filing an Opposition to January 26, 2017.

IT IS THEREFORE STIPULATED that the hearing of JPMC's Motion to Dismiss is continued to February 9, 2017, at 2:00 p.m., and Plaintiff shall have up to and including January 26, 2017 to file his opposition thereto.

**RIVKIN FIRM**

By:   _/s/ Pamela M. Schuur_
        Pamela M. Schuur

        Attorneys for Plaintiff
        VLADIMIR RIVKIN

**RIVKIN FIRM**
951 Mariners Island Blvd. Suite 260
San Mateo, California 94404
Telephone (855) 239-4554 | Facsimile (408) 940-5922

1

**MORGAN, LEWIS & BOCKIUS LLP**
By: */s/ Joseph Duffy*

2

*as authorized on December 30, 2016)*

3

Joseph Duffy
Joseph Bias

4

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

5

6

7

8

9

10

11

12

13

14

<u>**ORDER**</u>

15

**IT IS SO ORDERED.**

16

17

Dated: January 3, 2017

18

Troy L. Nunley
United States District Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE HEARING OF JPMC'S MOTION TO DISMISS          2:14-CV-02662-TLN-EFB